# ELECTRONIC RECORD

1160-14
1161-14

COA # 12-13-00043-CR          OFFENSE: 20.04

STYLE: Donald Christopher Hernandez v.
The State of Texas          COUNTY: Trinity

COA DISPOSITION:    AFFIRMED          TRIAL COURT: 411th District Court

DATE: 7/31/2014          Publish: NO    TC CASE #:    9946-A

# IN THE COURT OF CRIMINAL APPEALS

1160-14
1161-14

STYLE: Donald Christopher Hernandez v.
The State of Texas          CCA #:

_____PRO SE_____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _JANUARY 28, 2015_          SIGNED: _____    PC: _____
JUDGE: _Per Curiam_          PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____